# EXHIBIT A

# to Jonathan Kurta Declaration in Opposition to Plaintiff's Motion for Preliminary and Permeant Injunction

| | |
|---|---|
| **From:** | Eric Stats |
| **To:** | Carol Thomsen |
| **Cc:** | Adam Nugent |
| **Subject:** | Welcome to the Auto Loan Fund |
| **Date:** | Wednesday, October 25, 2017 5:10:29 PM |
| **Attachments:** | image001.png<br>Welcome Letter.pdf |

Carol Thomsen,

Please see the attached and the following information regarding the investment into the Auto Loan Fund.

As the manager of the fund I am pleased to personally welcome you as a new investor to the Auto Loan Fund, which provides the financing for Statewide Auto Lending. The management team and I are excited about the prospects and we will keep you aware of our progress. We received $200,000 on 10/24/2017.

Please be aware that we will be paying dividends on the 15th each month. We will be providing a management report on the progress of Statewide Auto Lending and the Auto Loan Fund on a quarterly basis. In addition, you can find some information at www.statewideautolending.com.

If you have any questions, please don't hesitate to call me or Adam.

Sincerely,

**Eric Stats, CFA**

**President & Chief Investment Officer**

**Foresight Wealth Management**

***Confidence Delivered***

11550 South 700 East
Draper, Utah 84020
Phone: 801-462-2200
Fax: 801-462-2201
Cell: 801-552-6631
www.foresightmgt.com

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies.

AUTO LOAN FUND

October 25, 2017

Carol Thomsen
[redacted]

Dear Carol Thomsen,

As the manager of the fund I am pleased to personally welcome you as a new investor to the Auto Loan Fund, which provides the financing for Statewide Auto Lending. The management team and I are excited about the prospects and we will keep you aware of our progress. We received $200,000 on 10/24/2017.

Please be aware that we will be paying dividends on the 15th each month. We will be providing a management report on the progress of Statewide Auto Lending and the Auto Loan Fund on a quarterly basis. In addition, you can find some information at statewideautolending.com.

If you have any questions, please don't hesitate to call me or Adam.

Sincerely,

Eric Stats
Manager
Auto Loan Fund